No. 432. STEWART *v.* VILLAGE OF ASHTABULA, OHIO. Sixth Circuit. Denied October 21, 1901. *Mr. Morison R. Waite* for the petitioner. *Mr. J. H. McGiffert* opposing.

---

No. 433. NELSON, CLAIMANT, *v.* BUCHANAN, CLAIMANT. Ninth Circuit. Denied October 21, 1901. *Mr. Jackson H. Ralston* for the petitioners.

---

No. 326. KUMLER *v.* HALE, EXECUTOR. Sixth Circuit. Denied October 28, 1901. *Mr. Orville S. Brumback, Mr. J. B. Foraker* and *Mr. Arthur Peter* for the petitioner. *Mr. Barton Smith* and *Mr. Rufus H. Baker* opposing.

---

No. 340. CAMPBELL PRINTING PRESS AND MANUFACTURING COMPANY *v.* DUPLEX PRINTING PRESS COMPANY. Sixth Circuit. Denied October 28, 1901. *Mr. Louis W. Southgate* for the petitioner. *Mr. T. H. Alexander* and *Mr. Arthur E. Dowell* opposing.

---

No. 352. WILCOX AND GIBBS SEWING MACHINE COMPANY *v.* SHERBORNE. Third Circuit. Denied October 28, 1901. *Mr. Hubert Howson, Mr. Preston K. Erdman* and *Mr. George Tucker Bispham* for the petitioner. *Mr. John G. Johnson* and *Mr. Frank P. Prichard* opposing.

---

